# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: NARVAEZ, WALTER H., JR.                              Case No. 11-10776
_____,                Chapter   7
                  Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

YVETTE WEINSTEIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $498,952.48 *(without deducting any secured claims)* | Assets Exempt: $114,619.48 |
| Total Distribution to Claimants: $10,689.47 | Claims Discharged Without Payment: $26,474.06 |
| Total Expenses of Administration: $2,611.24 | |

3) Total gross receipts of $   13,300.71   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $13,300.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $555,957.00 | $36,731.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,611.24 | 2,611.24 | 2,611.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,186.44 | 26,883.53 | 26,883.53 | 10,689.47 |
| **TOTAL DISBURSEMENTS** | $592,143.44 | $66,226.70 | $29,494.77 | $13,300.71 |

4) This case was originally filed under Chapter 7 on January 20, 2011. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2013           By: /s/YVETTE WEINSTEIN, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1998 HONDA ACCORD | 1129-000 | 2,075.00 |
| 2010 tax refund possible | 1224-000 | 11,225.00 |
| Interest Income | 1270-000 | 0.71 |
| **TOTAL GROSS RECEIPTS** | | **$13,300.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 4110-000 | 38,031.00 | 36,731.93 | 0.00 | 0.00 |
| NOTFILED | Stone Canyon Silverado South HOA C/O RPMG, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ibm Lbps | 4110-000 | 141,539.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 359,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfds/Wds | 4110-000 | 17,176.00 | N/A | N/A | 0.00 |
| NOTFILED | Southfork HOA C/O Community Management Group | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$555,957.00** | **$36,731.93** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YVETTE WEINSTEIN, TRUSTEE | 2100-000 | N/A | 2,080.07 | 2,080.07 | 2,080.07 |
| YVETTE WEINSTEIN, TRUSTEE | 2200-000 | N/A | 70.77 | 70.77 | 70.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 23.73 | 23.73 | 23.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.62 | 28.62 | 28.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.18 | 26.18 | 26.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.04 | 26.04 | 26.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.92 | 28.92 | 28.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.05 | 27.05 | 27.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.72 | 28.72 | 28.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.96 | 25.96 | 25.96 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 27.91 | 27.91 | 27.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.79 | 26.79 | 26.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.81 | 25.81 | 25.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.31 | 29.31 | 29.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.70 | 25.70 | 25.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.30 | 28.30 | 28.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.36 | 27.36 | 27.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.00 | 29.00 | 29.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,611.24 | $2,611.24 | $2,611.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,951.00 | 11,486.47 | 11,486.47 | 4,567.27 |
| 2 | American InfoSource LP as agent for | 7100-000 | 3,821.47 | 3,970.87 | 3,970.87 | 1,578.90 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 6,268.97 | 6,374.17 | 6,374.17 | 2,534.51 |
| 5 | Capital One, N.A. | 7100-000 | 3,782.00 | 3,880.50 | 3,880.50 | 1,542.97 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | 1,083.00 | 1,171.52 | 1,171.52 | 465.82 |
| NOTFILED | Amex | 7100-000 | 6,374.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 3,906.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,186.44 | $26,883.53 | $26,883.53 | $10,689.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10776  
**Case Name:** NARVAEZ, WALTER H., JR.

**Trustee:** (480160)  YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 01/20/11 (f)  
**§341(a) Meeting Date:** 02/23/11  

**Period Ending:** 04/11/13

**Claims Bar Date:** 06/24/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 411 MILLINOCKET COURT, HENDERSON NV 89074-5738,<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 233,818.00 | 0.00 | | 0.00 | FA |
| 2 | INVESTMENT PROPERTY: 10105 ROLLING TREE STREET,<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 121,000.00 | 0.00 | | 0.00 | FA |
| 3 | WELLS FARGO ADVANTAGE CHECKING ENDING IN 3980<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | WELLS FARGO REGULAR SAVINGS ACCOUNT #6837411131<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 413.11 | 0.00 | | 0.00 | FA |
| 5 | BANK OF AMERICA CHECKING ACCOUNT ENDING 3891<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 5.79 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 9,645.00 | 0.00 | | 0.00 | FA |
| 7 | MEN'S CLOTHING<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | CHAINS/NECKLACES, BRACELET, WATCHES<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 9 | RUGER 22<br>   debtor used wildcard for guns | 75.00 | 0.00 | | 0.00 | FA |
| 10 | TAURUS .38<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |

Printed: 04/11/2013 09:03 AM    V.13.13

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-10776  
**Case Name:** NARVAEZ, WALTER H., JR.

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 01/20/11 (f)  
**§341(a) Meeting Date:** 02/23/11  

**Period Ending:** 04/11/13

**Claims Bar Date:** 06/24/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 11 RUGER 9MM<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 90.00 | 0.00 | | 0.00 | FA |
| 12 BERETA 9MM<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 275.00 | 0.00 | | 0.00 | FA |
| 13 GLOCK 40 CAL<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 14 UZI 9MM<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 15 COLT 45<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 16 UBS PORTFOLIO- IRA ROLLOVER<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,029.42 | 0.00 | | 0.00 | FA |
| 17 CULINARY 401(K) VALUE AS OF 9/30/2010<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 62,667.16 | 0.00 | | 0.00 | FA |
| 18 UBS PORTFOLIO; RMA<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 32,459.00 | 0.00 | | 0.00 | FA |
| 19 2002 HONDA VTX 1800 (MOTORCYCLE)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 20 1998 HONDA ACCORD<br>    trustee will enter into buyback agreement with debtor | 2,075.00 | 2,075.00 | | 2,075.00 | FA |
| 21 2010 FORD F-150<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 29,400.00 | 0.00 | | 0.00 | FA |
| 22 2010 tax refund possible  (u) | 0.00 | 7,000.00 | | 11,225.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-10776  
**Case Name:** NARVAEZ, WALTER H., JR.

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 01/20/11 (f)  
**§341(a) Meeting Date:** 02/23/11

**Period Ending:** 04/11/13

**Claims Bar Date:** 06/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | wildcard exemption used on firearms<br>value is estimate based on prior years |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 0.71 | FA |
| 23 | **Assets** Totals (Excluding unknown values) | **$501,027.48** | **$9,075.00** |  | **$13,300.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

    1/2/13: FILED report of sale on non-exempt vehicle equity  
    12/7/12: TFR at UST and will disburse when get court order  
    11/15/12: order on claims objection e-filed  
    10/25/12: claims objection hearing at11am  
    8/1/12: reviewed claims  
    12/31/11: START TFR after receipt of 2011 tax return of which estate may receive a portion of the refund

**Initial Projected Date Of Final Report (TFR):** December 15, 2014    **Current Projected Date Of Final Report (TFR):** December 7, 2012 (Actual)

Printed: 04/11/2013 09:03 AM    V.13.13

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-10776  
**Case Name:** NARVAEZ, WALTER H., JR.  
**Taxpayer ID #:** **-***4554  
**Period Ending:** 04/11/13  

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-65 - Checking Account  
**Blanket Bond:** $67,317,137.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/11 | {20} | Walter Narvaez | Honda Payment per Order 05/02/11 Doc 24 | 1129-000 | 250.00 | | 250.00 |
| 04/21/11 | {20} | Walter Narvaez | Auto Payment | 1129-000 | 300.00 | | 550.00 |
| 05/23/11 | {20} | Walter Narvaez | Auto payment | 1129-000 | 300.00 | | 850.00 |
| 06/01/11 | {22} | IRS / Walter Narvaez | 2010 Tax Refund | 1224-000 | 11,225.00 | | 12,075.00 |
| 06/20/11 | {20} | Walter Narvaez | Auto Payment | 1129-000 | 300.00 | | 12,375.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,375.08 |
| 07/25/11 | {20} | Walter Narvaez | Auto Payment | 1129-000 | 300.00 | | 12,675.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,675.17 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 23.73 | 12,651.44 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,651.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.47 | 12,622.06 |
| 09/22/11 | {20} | Walter Narvaez | Auto Payment | 1129-000 | 500.00 | | 13,122.06 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.85 | 13,122.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,123.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.18 | 13,096.82 |
| 10/25/11 | {20} | Walter Narvaez | Auto Payment | 1129-000 | 125.00 | | 13,221.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,221.91 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.04 | 13,195.87 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,195.96 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.92 | 13,167.04 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,167.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.05 | 13,140.08 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,140.17 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.72 | 13,111.45 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.96 | 13,085.49 |
| 03/20/12 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/20/2012 FOR CASE #11-10776, Bond # 016048576 | 2300-000 | | 27.91 | 13,057.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.79 | 13,030.79 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.81 | 13,004.98 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.31 | 12,975.67 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.70 | 12,949.97 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.30 | 12,921.67 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.36 | 12,894.31 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,869.31 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.00 | 12,840.31 |

Subtotals :  $13,300.71  $460.40

{} Asset reference(s)  
Printed: 04/11/2013 09:03 AM  V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-10776 | | Trustee: | YVETTE WEINSTEIN, TRUSTEE (480160) |
|---|---|---|---|---|
| Case Name: | NARVAEZ, WALTER H., JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******68-65 - Checking Account |
| Taxpayer ID #: | **-***4554 | | Blanket Bond: | $67,317,137.00  (per case limit) |
| Period Ending: | 04/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048016088 20121220 | 9999-000 | | 12,840.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,300.71 | 13,300.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,840.31 | |
| | | | Subtotal | | 13,300.71 | 460.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,300.71 | $460.40 | |

{} Asset reference(s)                                                                Printed: 04/11/2013 09:03 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-10776 | | Trustee: | YVETTE WEINSTEIN, TRUSTEE (480160) |
|---|---|---|---|---|
| Case Name: | NARVAEZ, WALTER H., JR. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****536266 - Checking Account |
| Taxpayer ID #: | **-***4554 | | Blanket Bond: | $67,317,137.00  (per case limit) |
| Period Ending: | 04/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,840.31 | | 12,840.31 |
| 03/19/13 | 11002 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $70.77, Trustee Expenses;  Reference: | 2200-000 | | 70.77 | 12,769.54 |
| 03/19/13 | 11003 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $2,080.07, Trustee Compensation;  Reference: | 2100-000 | | 2,080.07 | 10,689.47 |
| 03/19/13 | 11004 | Discover Bank | First and Final Distribution | 7100-000 | | 4,567.27 | 6,122.20 |
| 03/19/13 | 11005 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 1,578.90 | 4,543.30 |
| 03/19/13 | 11006 | AMERICAN EXPRESS CENTURION BANK | First and Final Distribution | 7100-000 | | 2,534.51 | 2,008.79 |
| 03/19/13 | 11007 | Capital One, N.A. | First and Final Distribution | 7100-000 | | 1,542.97 | 465.82 |
| 03/19/13 | 11008 | FIA Card Services, NA/Bank of America | First and Final Distribution | 7100-000 | | 465.82 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,840.31 | 12,840.31 | $0.00 |
| | | | Less: Bank Transfers | | 12,840.31 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,840.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $12,840.31 | |

|  | |
|---|---|
| Net Receipts : | 13,300.71 |
| Net Estate : | $13,300.71 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******68-65 | 13,300.71 | 460.40 | 0.00 |
| Checking # ****536266 | 0.00 | 12,840.31 | 0.00 |
| | $13,300.71 | $13,300.71 | $0.00 |

{} Asset reference(s)

Printed: 04/11/2013 09:03 AM    V.13.13